IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01984-NYW

SHANNON WILLIAMS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order signed by the Honorable Nina Y. Wang, on February 23, 2016, incorporated herein by reference, it is

    ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Shannon Williams.  It is

    FURTHER ORDERED that this civil action and complaint are DISMISSED with each party to bear her own fees and costs.

    DATED at Denver, Colorado this   23rd   day of February, 2016.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    s/ N. Marble
    N. Marble,
    Deputy Clerk